U.S. Department of Justice  
Washington, D.C.  
4/28/2022/mt

Criminal Docket

| | |
|---|---|
| __McALLEN__ Division | CR. No. **M-22-721** |
| | Judge: **RICARDO H. HINOJOSA** |
| **SEALED INDICTMENT** Filed: May 4, 2022 | |
| County: Hidalgo | |
| Lions #: **2019R20799** | |
| UNITED STATES OF AMERICA | JENNIFER B. LOWERY, UNITED STATES ATTORNEY |
| v. | ROBERT L. GUERRA, JR., ASST. U.S. ATTORNEY |
| MIGUEL A. GARZA -- **WARRANT** -- | Cts. 1 & 2 |
| also known as Mike Garza | |

Charge(s):

    Ct. 1: Receipt of a Bribe By Agent of Organization Receiving Federal funds.  
           Title 18, United States Code, Sections 666(a)(1)(B) and 2.  
    Ct. 2: Travel Act.  
           Title 18, United States Code, Sections 1952(a)(3) and 2.

Total Counts **(2)**

Penalty:

    Ct. 1: Imprisonment for 10 yrs. and/or a $250,000.00 fine and at least a 3 yr. SRT  
    Ct. 2: Imprisonment for 5 yrs. and/or a $250,000.00 fine and at least a 3 yr. SRT

Agency: Federal Bureau of Investigation – Brendan Roth – 194B-SA-3114756

Date                                       Proceedings